```
               IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION

IN RE: MATTHEW R. & CYNTHIA DRNEC        )
                                         )
Bank of America, N.A.,                   )
         Creditor,                       )
                                         )
    vs.                                  ) CASE NO. 08B19607
                                         ) JUDGE Manuel Barbosa
MATTHEW R. & CYNTHIA DRNEC,              )
         Debtor                          )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Bank of America, N.A., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the March 1, 2012 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of April 18, 2012:

    a. Payments (5/10 – 3/12: 23 @ $1,974.75 ea)

          (4/12 @ $2,169.40)          $47,588.65

    b. Partial Payment Balance        -$   186.35

                         Total      = $47,402.30

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice Bank of America, N.A. rights to collect these amounts will be unaffected.

                              Respectfully Submitted,
                              Bank of America, N.A.


                              /s/Lydia Y. Siu
                              Lydia Y. Siu
                              ARDC#6288604

```
Pierce and Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312)346-9088
```

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE: MATTHEW R. & CYNTHIA DRNEC | ) |
| | ) |
| Bank of America, N.A., | ) |
|       Creditor, | ) |
| | ) |
|   vs. | ) CASE NO. 08B19607 |
| | ) JUDGE Manuel Barbosa |
| MATTHEW R. & CYNTHIA DRNEC, | ) |
|       Debtor | ) |

### CERTIFICATE OF SERVICE

    I, the undersigned Attorney, Certify that a copy of this Response was served to the Addresses attached by Electronic Notice through ECF or depositing same at the U.S. Mail at 1 North Dearborn Street, 13th Floor, Chicago, IL 60602 at 5:00 p.m. on April 19, 2012, with proper postage prepaid.

                                                  /s/Lydia Y. Siu
                                                  Lydia Y. Siu
                                                  ARDC#6288604

| | |
|---|---|
| **\*\*\*THESE DOCUMENTS ARE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE\*\*\*** | Pierce and Associates, 1 North Dearborn 13th Floor Chicago, IL 60602 |

<u>NOTICE OF MOTION ADDRESSES</u>

To Trustee:
Glenn B. Stearns
801 Warrenville Rd
Suite 650
Lisle, Illinois 60532
**by Electronic Notice though ECF**


To Debtor:
MATTHEW R. & CYNTHIA DRNEC
1165 Robinson Street
Elburn, IL 60119-9536
**by U.S. Mail**



To Attorney:
Springer Brown Covey Gaertner & Davis
232 South Batavia Avenue
Batavia, Illinois 60510
**by Electronic Notice though ECF**




PIERCE & ASSOCIATES, P.C.
Attorneys for: Creditor
1 North Dearborn Suite 1300
Chicago, Illinois 60602
(312) 346-9088



PA08-3436