IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: MATTHEW R. & CYNTHIA DRNEC | ) |
| | ) |
| Bank of America, N.A., | ) |
|         Creditor, | ) |
| | ) |
|    vs. | ) CASE NO. 08B19607 |
| | ) JUDGE Manuel Barbosa |
| MATTHEW R. & CYNTHIA DRNEC, | ) |
|         Debtor | ) |

## RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

Now comes Bank of America, N.A., by and through its attorneys,
Pierce & Associates, P.C., and hereby responds to the Notice of
Payment of Final Mortgage cure, stating as follows:

1.  The Debtor is due for the January 1, 2010 contractual payment
    and all those thereafter.

2.  The following is an itemization of the amounts due on the loan
    as of April 18, 2012:

    Payments (1/10 – 4/12: 28 @ $604.12 ea)

    Total                $16,915.36


If no challenge to foregoing is made by motion filed with the
court and serviced on the undersigned and the trustee within
thirty days of this notice Bank of America, N.A. rights to
collect these amounts will be unaffected.

Respectfully Submitted,
Bank of America, N.A.

/s/Christopher M. Brown___
Christopher M. Brown
ARDC#6271138
Pierce and Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, Illinois 60602

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION


RE:  MATTHEW R. & CYNTHIA DRNEC      )
                                      ) CASE NO. 08B19607
Bank of America, N.A.,                ) Judge Manuel Barbosa
               Creditor,              )
        vs.                           )
                                      )
MATTHEW R. & CYNTHIA DRNEC,           )
               Debtor,                )


## CERTIFICATE OF SERVICE

        I, the undersigned Attorney, Certify that a copy of this
Response was served to the Addresses attached by Electronic Notice
through ECF or depositing same at the U.S. Mail at 1 North Dearborn
Street, 13th Floor, Chicago, IL 60602 at 5:00 p.m. on April 20, 2012,
with proper postage prepaid.


                              /s/Christopher M. Brown__
                              Christopher M. Brown
                              ARDC#6271138


**\*\*\*THESE DOCUMENTS ARE AN ATTEMPT**       Pierce and Associates,
**TO COLLECT A DEBT AND ANY**               1 North Dearborn
**INFORMATION OBTAINED WILL BE USED**       13th Floor
**FOR THAT PURPOSE\*\*\***                     Chicago, IL 60602

NOTICE OF MOTION ADDRESSES

To Trustee:
Glenn B. Stearns
801 Warrenville Rd
Suite 650
Lisle, Illinois 60532
**by Electronic Notice though ECF**


To Debtor:
MATTHEW R. & CYNTHIA DRNEC
1165 Robinson Street
Elburn, IL 60119-9536
**by U.S. Mail**



To Attorney:
Springer Brown Covey Gaertner & Davis
232 South Batavia Avenue
Batavia, Illinois 60510
**by Electronic Notice though ECF**




PIERCE & ASSOCIATES, P.C.
Attorneys for: Creditor
1 North DearbornSuite 1300
Chicago, Illinois 60602
(312) 346-9088


PA08-3137